| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg MAG-1284<br>Chapter 13 Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840 | Order Filed on December 19, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br>　LESTER B SMITH, JR | Case No.:  24-20183RG<br>Hearing Date:  12/18/2024<br>Judge:  ROSEMARY GAMBARDELLA |

## INTERIM ORDER ON CONFIRMATION HEARING

　The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: December 19, 2024**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Case No.: 24-20183RG

Caption of Order:    INTERIM ORDER ON CONFIRMATION HEARING

    THIS MATTER having been scheduled before the Court on 12/18/2024 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor must provide the Trustee with all documents necessary in order to conduct a 341 meeting by 12/30/2024 or the case will be dismissed with no hearing or notice to Debtor or Debtor's attorney; and it is further
- ORDERED, that if satisfied, the Confirmation Hearing will be adjourned to 2/5/2025 at 8:30 AM.