AVRAM D WHITE, ESQ,
66 HAMPTON TERRACE
ORANGE, NJ  07050

Re:  LESTER B SMITH, JR
     420 NORTH WALNUT STREET
     EAST ORANGE,  NJ  07017

Atty:  AVRAM D WHITE, ESQ,
       66 HAMPTON TERRACE
       ORANGE, NJ  07050

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2025
Chapter 13 Case # 24-20183

## RECEIPTS AS OF 01/01/2025     (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 12/19/2024 | $185.00 | 29637054922 | 12/19/2024 | $185.00 | 29637054911 |

**Total Receipts: $370.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $370.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2025    (Please Read Across)

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 22.20 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | CAPITAL ONE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0015 | FIRST PREMIER BANK | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0027 | LVNV FUNDING | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0030 | RECEIVABLES PERFORMANCE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0036 | WARNER MOTOR | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0039 | CARRINGTON MORTGAGE SERVICES LLC | (NEW) Prepetition A | 459,091.62 | 100.00% | 0.00 | 0.00 |

**Total Paid:  $22.20**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2025.

Receipts: $370.00         -        Paid to Claims: $0.00        -        Admin Costs Paid: $22.20        =        Funds on Hand: $347.80

**Chapter 13 Case # 24-20183**

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.