Form oscmlfee – oscmlfeev27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  24–20183–RG
        Chapter:  13
        Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Lester B Smith Jr
  420 N Walnut Street
  East Orange, NJ 07017–0000

Social Security No.:
  xxx–xx–7026

Employer's Tax I.D. No.:

---

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE
DISMISSED FOR FAILURE TO MAKE INSTALLMENT
PAYMENT(S) OR PAY MISCELLANEOUS FILING FEES**

    The Court having noted that:

☑    An order directing the payment of filing fees in installments was entered in the above case, and that the payment due on 1/15/25 in the amount of $ 78.25 has not been received by the Clerk,

☐    The debtor filed a on that requires the payment of a fee in the amount of $ , and that the fee has not been received by the Clerk,

    It is hereby ORDERED that:

The debtor or debtor's attorney must appear at a hearing to be held before the Honorable Rosemary Gambardella on:

    Date: February 25, 2025
    Time: 10:00 AM
    Location: Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

to show cause why the case should not be dismissed.

    If **all** required fees are filed with the Clerk before the hearing date, this Order to Show Cause will be vacated and no appearance is required.

    Any motion or other objection that is filed will be considered a Motion for Extension of Time to File Schedules, Statements, and Other Documents under Fed. R. Bankr. P. 1007(c), and will be scheduled by the court to be heard on the same date and time as this Order to Show Cause.

    Unless all required fees are filed before the hearing date on this Order to Show Cause, you **must** appear at the hearing. FAILURE TO APPEAR AT THE HEARING WILL RESULT IN DISMISSAL OF THE CASE.

Dated: January 22, 2025

JAN:

<u>Rosemary Gambardella</u><br>
United States Bankruptcy Judge