UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

WHITE AND CO, ATTORNEYS AND
COUNSELLORS LLC
523 PARK AVENUE
SUITE 3
ORANGE, NEW JERSEY 07050
973-669-0857; 888-481-1709 TELEFAX
Avram D. White, Esq.
Counsel to the Debtor

| | |
|---|---|
| In Re: | Case No.:    24-20183-RG |
| LESTER B. SMITH Jr., | Judge:    VINCENT F. PAPALIA |
| DEBTOR. | Chapter:    13 |

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☒ Motion for Relief from the Automatic Stay filed by  Deutsche Bank Natl Trust Co. , creditor,

    A hearing has been scheduled for    MARCH 5, 2025   , at  10:00 am .

    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____.

    ☐ Certification of Default filed by _____,

    I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

    ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☒ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

I plan to immediately apply for the LMP program by motion. In addition I will send adequate protection payments every month to Deutsche Bank starting in March 2025 of $2,399.95. I would ask for any missed mortgage be rolled into my Chapter 13 plan.

☐ Other **(explain your answer)**:

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: February 26, 2025                                       /s/ LESTER B. SMITH Jr.
                                                              Debtor's Signature

Date: _____                                 _____
                                                              Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*