Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 24−20183−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lester B Smith Jr
   420 N Walnut Street
   East Orange, NJ 07017−0000

Social Security No.:
   xxx−xx−7026

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 4/16/25 at 10:00 AM

to consider and act upon the following:

**45** − Motion for Relief from Stay re: 420 North Walnut Street, East Orange NJ 07017. Fee Amount $ 199. Filed by Denise E. Carlon on behalf of Deutsche Bank National Trust Company, As Indenture Trustee For New Century Home Equity Loan Trust 2006−2. Hearing scheduled for 3/5/2025 at 10:00 AM, RG − Courtroom 3E, Newark.. (Attachments: # 1 Statement as to Why No Brief is Necessary # 2 Proposed Order # 3 Exhibit A Note # 4 Exhibit B mortgage # 5 Exhibit C AOM # 6 Exhibit D Certification # 7 Certificate of Service) (Carlon, Denise)

Dated: 3/19/25

                              Jeanne Naughton
                              Clerk, U.S. Bankruptcy Court