| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Marie-Ann Greenberg  MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | |
| IN RE:<br><br>LESTER B SMITH, JR | Case No.: 24-20183<br>Adv. No.:<br>Hearing Date:<br>Judge:  MEH |

### CERTIFICATION OF SERVICE

1. I, Sheila Alvarado, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 06/18/2025, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Certification of Default**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
LESTER B SMITH, JR
420 NORTH WALNUT STREET
EAST ORANGE, NJ  07017
Mode of Service:  Regular Mail

Attorney for Debtor(s):
AVRAM D WHITE, ESQ,
66 HAMPTON TERRACE
ORANGE, NJ  07050
Mode of Service:  Notice of Electronic Filing (NEF)

Dated:  June 18, 2025

By:  /S/  Sheila Alvarado
       Sheila Alvarado