Form ntcrics – ntcreincsv27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  24−20183−TBA
Chapter:  13
Judge:  MARK E HALL

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Lester B Smith Jr
    420 N Walnut Street
    East Orange, NJ 07017−0000

Social Security No.:
    xxx−xx−7026

Employer's Tax I.D. No.:

---

### NOTICE OF ENTRY OF ORDER VACATING DISMISSAL OF CASE

        Notice is hereby given that an order vacating dismissal of this case was entered on 10/15/25. The order may create new deadlines for filing of proofs of claim, complaints, and objections to exemptions, and may contain a new date for the hearing on confirmation of the Plan if this is a chapter 13 case.

        The order may be viewed at any District of New Jersey Bankruptcy Court Clerk's office, and is available for download at www.pacer.uscourts.gov.

Dated: October 16, 2025
JAN: km

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:

Lester B Smith, Jr

    Debtor

Case No. 24-20183-TBA

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2               User: admin                  Page 1 of 3

Date Rcvd: Oct 16, 2025          Form ID: ntcrics             Total Noticed: 36

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lester B Smith, Jr, 420 N Walnut Street, East Orange, NJ 07017-3917 |
| 520423281 | | Capital One Bank, P.O. Box 83147, Richmond, VA 23285-5147 |
| 520423290 | + | Deutsche Bank National Trust Company, attn: KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520423296 | + | First Premier Bank, PO Box 3038, Evansville, IN 47730-3038 |
| 520423300 | | First Premier Bank, attn: NARS Call Center Solutions, PO Box 701, Chesterfield, MO 63006-0701 |
| 520423304 | + | LVNV Funding, 100 Davison Avenue, Suite 311, Somerset, NJ 08873-1312 |
| 520423305 | + | LVNV Funding, 2350 North Forest Road, Suite 31B, Getzville, NY 14068-1296 |
| 520423311 | + | Receivables Professional Management, PO Box 768, Bothell, WA 98041-0768 |
| 520423312 | + | Receiveables Management, Inc., 992 South Robert St., West Saint Paul, MN 55118-1447 |
| 520423313 | + | Warner Motor, 20 North Park Street, East Orange, NJ 07017-1119 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 16 2025 20:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 16 2025 20:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520423279 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 16 2025 21:02:56 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 520423283 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 16 2025 21:15:37 | Capital One Bank, 15000 Capital One Drive, Richmond, VA 23238 |
| 520453975 | | Email/Text: BKBCNMAIL@carringtonms.com | Oct 16 2025 20:50:00 | Carrington Mortgage Services LLC, 1600 South Douglas Road, Suite 110+200-A, Anaheim, CA 92806 |
| 520423282 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 16 2025 21:15:30 | Capital One Bank, PO Box 70884, Charlotte, NC 28272-0884 |
| 520423280 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 16 2025 21:03:12 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 520423285 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 16 2025 21:02:56 | Capital One Bank N.A., PO Box 30281, Salt Lake City, UT 84130-0281 |
| 520423284 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 16 2025 21:15:16 | Capital One Bank N.A., PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520423286 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 16 2025 21:03:40 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 520423288 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Oct 17 2025 01:34:16 | Deutsche Bank National Trust Company, 1761 East Saint Andrew Place, Santa Ana, CA |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
| Date Rcvd: Oct 16, 2025 | Form ID: ntcrics | Total Noticed: 36 |

| | | | | 92705-4934 |
|---|---|---|---|---|
| 520469551 | + Email/Text: BKBCNMAIL@carringtonms.com | | Oct 16 2025 20:50:00 | Deutsche Bank National Trust Company, at. el, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 520423291 | + Email/PDF: ais.fpc.ebn@aisinfo.com | | Oct 16 2025 21:15:22 | First Premier, P0 Box 5519, Sioux Falls, SD 57117-5519 |
| 520423297 | + Email/PDF: ais.fpc.ebn@aisinfo.com | | Oct 16 2025 21:15:37 | First Premier Bank, 900 West Delaware, PO Box 5519, Sioux Falls, SD 57117-5519 |
| 520423295 | + Email/PDF: ais.fpc.ebn@aisinfo.com | | Oct 16 2025 21:14:54 | First Premier Bank, 601 South Minnesota Avenue, Sioux Falls, SD 57104-4868 |
| 520423298 | + Email/PDF: ais.fpc.ebn@aisinfo.com | | Oct 16 2025 21:15:50 | First Premier Bank, Attn: Correspondence Department, PO Box 5525, Sioux Falls, SD 57117-5525 |
| 520423293 | + Email/PDF: ais.fpc.ebn@aisinfo.com | | Oct 16 2025 21:03:04 | First Premier Bank, PO Box 5114, Sioux Falls, SD 57117-5114 |
| 520423294 | + Email/PDF: ais.fpc.ebn@aisinfo.com | | Oct 16 2025 21:15:50 | First Premier Bank, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 520423299 | Email/PDF: ais.fpc.ebn@aisinfo.com | | Oct 16 2025 21:26:13 | First Premier Bank, 3820 North Louise Avenue, Sioux Falls, SD 57107-0145 |
| 520423292 | + Email/PDF: ais.fpc.ebn@aisinfo.com | | Oct 16 2025 21:15:16 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 520423302 | + Email/PDF: resurgentbknotifications@resurgent.com | | Oct 16 2025 21:15:42 | LVNV Funding, PO Box 1269, Greenville, SC 29602-1269 |
| 520423303 | + Email/PDF: resurgentbknotifications@resurgent.com | | Oct 16 2025 21:03:40 | LVNV Funding, 15 South Main Street, Greenville, SC 29601-2743 |
| 520423306 | + Email/PDF: resurgentbknotifications@resurgent.com | | Oct 16 2025 21:03:10 | LVNV Funding LLC, P. O. Box 740281, Houston, TX 77274-0281 |
| 520423308 | + Email/Text: Supportservices@receivablesperformance.com | | Oct 16 2025 20:52:00 | Receivables Performance, 20816 44th Ave W, Lynnwood, WA 98036-7744 |
| 520423309 | + Email/Text: Supportservices@receivablesperformance.com | | Oct 16 2025 20:52:00 | Receivables Performance, 20816 44th Avenue West, Lynnwood, WA 98036-7744 |
| 520423310 | + Email/Text: Supportservices@receivablesperformance.com | | Oct 16 2025 20:52:00 | Receivables Persormance, 20816 44th Avenue W, Lynnwood, WA 98036-7744 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520423301 | | KECIA SMITH |
| 520423307 | | NONE |
| 520423287 | * | Capital One Bank, N.A., PO Box 30281, Salt Lake City, UT 84130-0281 |
| 520423289 | ##+ | Deutsche Bank National Trust Company, 801 17th Street, Suite 300, Washington, DC 20006-3960 |

TOTAL: 2 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0312-2 | User: admin | Page 3 of 3
Date Rcvd: Oct 16, 2025 | Form ID: ntcrics | Total Noticed: 36

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2025                    Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Avram D White | |
| | on behalf of Debtor Lester B Smith  Jr clistbk3@gmail.com, adwlawoffice1@gmail.com;crismateo02@gmail.com;lawworkmorris31@gmail.com;whitear82230@notify.bestcase.com |
| Denise E. Carlon | |
| | on behalf of Creditor Deutsche Bank National Trust Company  As Indenture Trustee For New Century Home Equity Loan Trust 2006-2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | |
| | magecf@magtrustee.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4